UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-02033

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEOVANNY F. ARAGON | ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina has moved the Court to hold a bench trial rather than a jury trial.

2. After due consideration, the Court hereby ALLOWS the Motion.

3. The Court finds that a bench trial is in the best interest of justice.

So ORDERED this __6th__ day of __August__, 2015.

*[signature: Kimberly A. Swank]*
United States Magistrate Judge