UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Geovanny F. Aragon            Docket No. 5:14-MJ-2033-1

**Petition for Action on Probation**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Geovanny F. Aragon, who, upon an earlier plea of guilty to Driving While Impaired - Level 3 in violation of N.C.G.S. 20-138.1 as assimilated by 18 U.S.C. §13, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on September 9, 2015, to 12 months probation under the conditions adopted by the court. As an additional condition of probation, the defendant was ordered to serve 7 days in the custody of the Bureau of Prisons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was designated to serve 7 days in Bureau of Prisons custody, spread over three weekends. The defendant served the first two days, but was unable to serve the next two weekends due to having to work some of those days. As a result, the Bureau of Prisons cancelled the remaining weekends, and notified the probation office that a new court order is required to designate the remaining 5 days.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall be allowed to complete the remaining five days of confinement in Bureau of Prisons custody as originally ordered by the court. Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Thomas E. Sheppard
Eddie J. Smith            Thomas E. Sheppard
Supervising U.S. Probation Officer            U.S. Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: 910-354-2541
           Executed On: May 24, 2016

**ORDER OF THE COURT**

Considered and ordered this 24th day of May, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge